UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEANTHONY T. WINSTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant | No. 1:24-cv-00934-KES-HBK (PC)<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE DUE TO PLAINTIFF'S FAILURE TO PAY THE FILING FEE<br><br>Doc. 10 |

LeAnthony T. Winston is a federal prisoner proceeding pro se in this civil rights action. On November 4, 2024, the court denied plaintiff's application to proceed in forma pauperis and ordered him to pay the required filing fee of $405.00 in full within thirty days. Doc. 10. Plaintiff was also warned that failure to pay the filing fee would result in dismissal of the action without prejudice. *Id.* at 2. Plaintiff failed to pay the filing fee, and the matter cannot proceed at this time. Therefore, the court ORDERS:

　　　　1.　　This action is DISMISSED without prejudice.

　　　　2.　　The Clerk of Court is directed to close this case.


IT IS SO ORDERED.

　　Dated:　　December 27, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE